# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1925
_____

CODY J. WILBUR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy Allen Register, Judge.

July 3, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cody J. Wilbur, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.